IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANENE LENORA SHIPLEY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 09-4189 |
| THE CITY OF CHESTER, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 15th day of April 2010, upon consideration of Defendant City of Chester, Pennsylvania's Motion to Dismiss Plaintiff Janene Lenora Shipley's Complaint (Doc. No. 6), Defendant Crozer Chester Medical Center's Motion to Dismiss Plaintiff's Complaint (Doc. No. 13), Plaintiff's Response in Opposition to the Motions to Dismiss (Doc. No. 14), and after an independent review of the allegations in the Complaint, it is **ORDERED** that Defendant City of Chester's Motion to Dismiss (Doc. No. 6) and Defendant Crozer Chester Medical Center's Motion to Dismiss (Doc. No. 13) are **GRANTED** in their entirety and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.